United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 12-49448-BB
Jose Luis Rivera                                                    Chapter 7
Rosario Rivera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2           User: admin            Page 1 of 3            Date Rcvd: Mar 04, 2013
                               Form ID: b18           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2013.
db/jdb       Jose Luis Rivera,   Rosario Rivera,   609 Keenan Ave,   Los Angeles, CA 90022-3421
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA 90053-0200
33061997     Bank Of America,   PO Box 982238,   El Paso, TX 79998-2238
33061999     Bank Of America,   450 American St # SV416,   Simi Valley, CA 93065-6285
33062003    +Chase,   Po Box 7090,   Mesa, AZ 85216-7090
33062009     Dsnb American Express,   PO Box 8218,   Mason, OH 45040-8218
33062010     Equifax,   PO Box 144717,   Orlando, FL 32814-4717
33062011     Equifax Information Services, LLC,   PO Box 740256,   Atlanta, GA 30374-0256
33062012     Experian,   NCAC,   PO Box 9556,   Allen, TX 75013-9556
33062013     Experian,   Profile Management,   PO Box 9558,   Allen, TX 75013-9558
33062018     Gmac Mortgage,   PO Box 4622,   Waterloo, IA 50704-4622
33062021     Lincoln Automotive Finance,   12110 Emmet St,   Omaha, NE 68164-4263
33062026    +Pnc Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
33062027     Sst/Columbus Bank & Trust,   4315 Pickett Rd,   Saint Joseph, MO 64503-1600
33062028    +Trans Union Corporation,   ATTN: Public Records Department,   555 W Adams St,
              Chicago, IL 60661-3631
33062029     Transunion Consumer Relations,   PO Box 2000,   Crum Lynne, PA 19022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QAHSIEGEL.COM Mar 05 2013 05:18:00      Alfred H Siegel (TR),
              Siegel, Gottlieb, Mangel & Levine,   15233 Ventura Blvd., 9th Floor,
              Sherman Oaks, CA 91403-2250
smg          EDI: EDD.COM Mar 05 2013 05:18:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
              P.O. Box 826880,   Sacramento, CA 94280-0001
smg          EDI: CALTAX.COM Mar 05 2013 05:18:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
              P.O. Box 2952,   Sacramento, CA 95812-2952
33061995     EDI: AMEREXPR.COM Mar 05 2013 05:18:00      American Express,   PO Box 981537,
              El Paso, TX 79998-1537
33061998     EDI: BANKAMER.COM Mar 05 2013 05:18:00      Bank Of America,   9000 Southside Blvd Bldg 600,
              Jacksonville, FL 32256-0789
33062000     EDI: CAPITALONE.COM Mar 05 2013 05:18:00      Capital One,   PO Box 30281,
              Salt Lake City, UT 84130-0281
33062001     EDI: CAPITALONE.COM Mar 05 2013 05:18:00      Capital One,   PO Box 5253,
              Carol Stream, IL 60197-5253
33062004    +EDI: CHASE.COM Mar 05 2013 05:18:00      Chase Bank USA NA,   PO BOX 15298,
              Wilmington, DE 19850-5298
33062005    +EDI: CITICORP.COM Mar 05 2013 05:18:00      Citi Cards/Citibank,   Po Box 6241,
              Sioux Falls, SD 57117-6241
33062006     EDI: CIAC.COM Mar 05 2013 05:18:00      Citimortgage Inc,   PO Box 9438,
              Gaithersburg, MD 20898-9438
33062007    +EDI: WFNNB.COM Mar 05 2013 05:18:00      Comenity Bank/Nwyrk&Co,   Po Box 182789,
              Columbus, OH 43218-2789
33062008     EDI: DISCOVER.COM Mar 05 2013 05:18:00      Discover Fin Svcs Llc,   PO Box 15316,
              Wilmington, DE 19850-5316
33062014     EDI: CALTAX.COM Mar 05 2013 05:18:00      Franchise Tax Board,   PO Box 2952,
              Sacramento, CA 95812-2952
33062015    +EDI: RMSC.COM Mar 05 2013 05:18:00      Ge/Jcpenney,   Po Box 965007,   Orlando, FL 32896-5007
33062016     EDI: RMSC.COM Mar 05 2013 05:18:00      Gemb/Banana Republic,   PO Box 965005,
              Orlando, FL 32896-5005
33062017    +EDI: RMSC.COM Mar 05 2013 05:18:00      Gemb/Old Navy,   Po Box 965005,   Orlando, FL 32896-5005
33062019    +EDI: CITICORP.COM Mar 05 2013 05:18:00      Home Depot/Citibank,   Po Box 6497,
              Sioux Falls, SD 57117-6497
33062020     EDI: IRS.COM Mar 05 2013 05:18:00      Internal Revenue Service,   PO Box 7317,
              Philadelphia, PA 19101-7317
33062022     EDI: TSYS2.COM Mar 05 2013 05:18:00      Macys,   PO Box 8218,   Mason, OH 45040-8218
33062024     E-mail/Text: bnc@nordstrom.com Mar 05 2013 05:19:38      Nordstrom Fsb,   PO Box 13589,
              Scottsdale, AZ 85267-3589
33062030     EDI: USBANKARS.COM Mar 05 2013 05:18:00      Us Bank,   PO Box 108,   Saint Louis, MO 63166-0108
33062031    +EDI: WFNNB.COM Mar 05 2013 05:18:00      Victorias Secret,   Po Box 182789,
              Columbus, OH 43218-2789
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cab West, LLC
intp            Courtesy NEF
33061996*      +American Express,   Po Box 981537,   El Paso, TX 79998-1537
33062002*      +Capital One,   Po Box 30281,   Salt Lake City, UT 84130-0281
33062023*      +Macys,   Po Box 8218,   Mason, OH 45040-8218
33062025*      +Nordstrom Fsb,   Po Box 13589,   Scottsdale, AZ 85267-3589
                                                                                            TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2           User: admin              Page 2 of 3              Date Rcvd: Mar 04, 2013
                               Form ID: b18             Total Noticed: 38

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2013**                       **Signature:**    _Joseph Speetjens_

```
District/off: 0973-2           User: admin              Page 3 of 3              Date Rcvd: Mar 04, 2013
                               Form ID: b18             Total Noticed: 38

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2013 at the address(es) listed below:
              Alfred H Siegel (TR)    al.siegel@crowehorwath.com,
               asiegel@ecf.epiqsystems.com;margo.tzeng@crowehorwath.com;lisa.irving@crowehorwath.com
              Arnold L Graff    on behalf of Interested Party    Courtesy NEF ecfcacb@piteduncan.com
              Ben G Gage    on behalf of Creditor   Cab West, LLC bgage@cookseylaw.com
              Kristin S Webb    on behalf of Interested Party    Courtesy NEF bknotice@rcolegal.com
              Tyson  Takeuchi    on behalf of Debtor Jose Rivera tysonlawfirm@yahoo.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Jose Luis Rivera
aw Green Team Of Energy, aw Energy Conservation Consultants, Inc

**BANKRUPTCY NO.** 2:12-bk-49448-BB

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-4639
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 3/4/13

**JOINT DEBTOR INFORMATION:**
Rosario Rivera
aka Rosario Fierro

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-2906
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Discharge Date:** 3/4/13

**Address:**
609 Keenan Ave
Los Angeles, CA 90022-3421

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: March 4, 2013

**Kathleen J. Campbell**
Clerk of the Court

_____

\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.

(Form b18-DIS Rev. 12/2011) VAN-30

20 / MS

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.